# EXHIBIT A

# KNIGHT, HOPPE, KURNIK & KNIGHT, LTD.
## ATTORNEYS AT LAW

BYRON D. KNIGHT*†   WILLIAM W. KURNIK*
CHARLES C. HOPPE, JR.*   VINCENT C. CIPOLLA
ELIZABETH A. KNIGHT *
JENNA LYNN SCHOENEMAN
MATTHEW S. CLARK

Of Counsel:
JEANNE M. ANDERSON
SARAH HANSEN SOTOS

KRISTEN D. ALKIRE
MICHAEL J. ATKUS
ROLAND R. CLARK**
MISHA DESAI
PAUL B. JOHNSON
MATTHEW B. KNIGHT
KRISTA E. OSWALD
RONALD J. THORESON**

RESPOND TO:   **ILLINOIS**

(Writer's E-Mail)
Janderson@khkklaw.com

*Also Licensed In Indiana*
†*Also Licensed In Wisconsin*
**Only Licensed In Indiana*

December 22, 2009

Mr. Timothy Turngren
6645 Simpson Road
Rockford, IL 61102

RE:   Turngren v. Jasper County
      Suit No.:   4:09 CV-0081
      Our File:   1200/09-6051.SP

Dear Mr. Turngren:

In accordance with the principles set forth in *Lewis v. Faulkner*, 689 F.2d 100 (7th Cir. 1982), you are notified that we are filing the attached Motion to Dismiss on or about December 22, 2009. The Court extended our time to answer or otherwise plead to December 24, 2009. Under Federal Rule 12(B), we are presuming the allegations contained in the Complaint are true but arguing that you have failed to state a cause of action and, in the alternative, that the court lacks subject matter jurisdiction. To have your argument considered by the Court, you must file your written response to the Motion to Dismiss, setting forth your arguments. We are sending this letter to you because you are filing this lawsuit without an attorney representing you. If you decide to oppose our motion; file a writtten response with the Court; otherwise you may choose to rely upon the allegations in your complaint.

Very truly yours,

KNIGHT, HOPPE, KURNIK & KNIGHT, LTD.

Jeanne M. Anderson

JMA/kjs
Enclosure

6051 Plaintiff 09-12-22