UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DISTRICT

| | |
|---|---|
| TIMOTHY TURNGREN, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>THE HONORABLE DUANE )<br>DAUGHERTY, )<br>Judge of the Jasper County Circuit Court, )<br>and JASPER COUNTY, INDIANA )<br><br>Defendants. | Cause No: 4:09-CV-0081-JTM-APR |

**DEFENDANTS HON. DUANE DAUGHERTY'S AND
HON. JOHN D. POTTER'S MOTION TO DISMISS THE COMPLAINT**

Defendant, Hon. Duane Daugherty in his individual capacity and Hon. John D. Potter in his official capacity as Judge of the Jasper County Circuit Court, by counsel, Eric J. Beaver, Deputy Attorney General, tender their motion to dismiss the complaint filed by Plaintiff Timothy Turngren pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure. In support, they state:

1. Judge Daugherty presided over a criminal prosecution in which Turngren was the defendant. Judge Daugherty denied Turngren's motion to appoint counsel, a ruling which caused the Indiana Court of Appeal to reverse Turngren's conviction for child molesting.

2. Now Turngren has sued Judge Daugherty for allegedly denying him the right to counsel.

3. Judge Daugherty is entitled to absolute judicial immunity from this lawsuit against him in his individual capacity because he has been sued for a ruling he made as a judge.

4. The complaint names Judge Daugherty in his official capacity, and his successor, Hon. John D. Potter, has been automatically substituted pursuant to Fed. R. Civ. P. 25(d).

5. Because a suit against and Indiana circuit judge in his official capacity is akin to a suit against the State itself, the Eleventh Amendment and sovereign immunity apply to bar any claim against the Judge of the Jasper County Circuit Court.

6. Finally, all claims must be dismissed because the applicable two-year statute of limitation ran before the filing of this lawsuit.

7. A memorandum accompanies the filing of this motion.

Plaintiff is hereby notified, in the spirit of *Lewis v. Faulkner*, 689 F.2d 100 (7th Cir. 1982) and *Timms v. Frank*, 953 F.2d 281, 285 (7th. Cir.), *cert. denied* 504 U.S. 957 (1992), that the local rules of this Court provide that you have seventeen (17) days from the date of service (the date on the certificate of service found at the end of the memorandum in support and this motion) within which to file a response to this motion. Failure to file a response within that time may subject this motion to summary ruling; that is, the Court may decide this motion without your response. Upon your written request, the Court may enlarge the time within which to respond; that is, give you more time to respond; however, it is not required to grant a request for more time to respond. Any request for additional time should be filed before the time to act expires.

Please note you have sued Judge Daugherty individually and in his official capacity. The official capacity claim lies against his office, not him personally. Judge Daugherty no longer is the Judge of the Jasper County Court and by operation of the Federal Rules, the current officeholder, Hon. John D. Potter, has been substituted. Judge Daugherty continues to be a party insofar as he has been sued in his individual capacity.

By filing a motion to dismiss, the defendants Judge Daugherty and Judge Potter are asking to have this suit decided in their favor because you have either presented allegations in your complaint which show you are not entitled to relief or the Court is without jurisdiction to entertain your claim. In ruling on this motion, any factual assertions contained in your complaint will be assumed by the Court to be true and you may rely solely on these allegations in defending against the defendants' motion to dismiss the complaint. Only after assuming your allegations are true and finding that these allegations do not state a claim under the law or fail to give the Court jurisdiction over your claim will the court grant the defendant's motion and dismiss your lawsuit.

WHEREFORE, Defendant Judge Daugherty in his individual capacity, and Judge Potter in his official capacity, pray the Court will grant this motion to dismiss the plaintiff's complaint and all other just and proper relief.

Respectfully submitted,

GREGORY F. ZOELLER
Attorney General of Indiana
Attorney No. 1958-98

By:   *s/Eric J. Beaver*
Eric J. Beaver
Deputy Attorney General
Atty. No. 25479-49

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2009, I electronically filed the foregoing using the CM/ECF system.  Notice will be sent to the following by operation of the Court's electronic filing system:

Elizabeth A. Knight
Knight, Hoppe, Kurnik & Knight, Ltd.
Email: Eknight@khkklaw.com

Jeanne M. Anderson
Knight, Hoppe, Kurnik & Knight, Ltd.
Email: Janderson@khkklaw.com

I also certify that on December 23, 2009, a copy of the foregoing was mailed, by first class U.S. Mail, postage prepaid and properly addressed to the following non-CM/ECF participants:

Timothy Turngren
6645 Simpson Rd.
Rockford, IL 61102

         /s/ Eric J. Beaver
       Eric J. Beaver
       Deputy Attorney General

Office of Attorney General
Indiana Government Center South – 5th Floor
302 West Washington Street
Indianapolis, IN  46204-2770
Telephone:     (317) 232-5683
Fax:                (317) 232-7979
Email: eric.beaver@atg.in.gov
[686671]